CLOSED, MDL, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03845**

Gaudet v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Lee H Rosenthal
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 11/15/2007
Date Terminated: 01/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Anita L. Gaudet** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3224211) filed by Anita L. Gaudet. (Attachments: # 1 Civil Cover Sheet Anita L. Gaudet)(Alexander, David) (Entered: 11/15/2007) |
| 11/20/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/28/2008 at 08:45 AM in Courtroom 11B before Judge Lee H Rosenthal.( Signed by Judge Lee H Rosenthal ) Parties notified.(mmapps, ) (Entered: 11/20/2007) |
| 11/30/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Anita L. Gaudet, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/07/2007 | | Summons Issued as to C. R. Bard, Inc., filed.(esmith, ) (Entered: 12/07/2007) |

| | | |
|---|---|---|
| 12/07/2007 | | Summons Issued as to Davol, Inc., filed.(esmith, ) (Entered: 12/07/2007) |
| 12/28/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/17/2007, answer due 1/7/2008, filed.(blacy, ) (Entered: 12/28/2007) |
| 12/28/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/17/2007, answer due 1/7/2008, filed.(ltrevino, ) (Entered: 01/02/2008) |
| 01/14/2008 | 6 | JPML CONDITIONAL TRANSFER ORDER (CTO-12) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842. Case terminated on 1/14/08. Parties notified.(jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to Rhode Island. Case transferred electronically. Rhode Island case number 08-2078 (jbradford, ) (Entered: 01/17/2008) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/11/2008 12:16:20 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03845 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |